COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ANITA SANCHEZ, Individually and as Independent Executor of the Estate of LEOPOLDO GILBERT SANCHEZ, Deceased, | § | No. 08-20-00027-CV |
| | § | Appeal from the |
| | § | 327th District Court |
| Appellant, | § | of El Paso County, Texas |
| v. | § | (TC#2016DCV1112) |
| HECTOR BARRAGAN, SR., | § | |
| Appellee. | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF APRIL, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.